# Notice Recipients

District/Off: 0314–5    User: admin    Date Created: 05/03/2023
Case: 5:23–bk–00146–MJC    Form ID: 318    Total: 17

**Recipients of Notice of Electronic Filing:**
ust    United States Trustee    ustpregion03.ha.ecf@usdoj.gov
tr    Lisa Ann Rynard    larynard@larynardlaw.com
aty    Charles G. Wohlrab    cwohlrab@raslg.com
aty    John J Martin    jmartin@martin–law.net

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Deborah J. Sinatra    134 Golf Drive    Cresco, PA 18326
cr    COMMONWEALTH OF PA – UCTS    DEPARTMENT OF LABOR AND INDUSTRY    COLLECTIONS SUPPORT UNIT    651 BOAS ST, ROOM 925    HARRISBURG, PA 17121
cr    Wilmington Savings Fund Society, FSB,    Robertson, Anschutz, Schneid, Crane    130 Clinton Rd #202    Fairfield, NJ 07004
5519682    COMMONWEALTH OF PA    DEPARTMENT OF LABOR AND INDUSTRY    UCTS – COLLECTIONS SUPPORT UNIT    PO BOX 68568    HARRISBURG, PA 17106–8568
5519686    COMMONWEALTH OF PA    DEPARTMENT OF LABOR AND INDUSTRY    UCTS – COLLECTIONS SUPPORT UNIT    PO BOX 68568    HARRISBURG, PA 17106–8568
5517731    Lehigh Valley Hospital – Pocono    2010 Bevin Drive    Allentown, PA 18103
5517732    PPL    827 Hausman Road    Allentown, PA 18104–9392
5518309    Pennsylvania Department of Revenue    Bankruptcy Division PO BOX 280946    Harrisburg, PA 17128
5517733    St. Lukes Emergency Physicians    PO Box 5386    Bethlehem, PA 18105
5517734    St. Lukes Physicians Group    PO Box 8500    Philadelphia, PA 19178
5517735    Wilmington Savings Fund Society    KML Law Group, P.C.    701 Market St., Suite 5000    Philadelphia, PA 19106
5519943    Wilmington Savings Fund Society, FSB    Robertson, Anschutz, Schneid, Crane & Pa    130 Clinton Road, Suite 202    Fairfield NJ, 07004
5519944    Wilmington Savings Fund Society, FSB    Robertson, Anschutz, Schneid, Crane & Pa    130 Clinton Road, Suite 202    Fairfield NJ, 07004

TOTAL: 13